# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. NEAL, | : | Civil No. 1:19-CV-02078 |
| Appellant, | : | |
| v. | : | |
| CGA LAW FIRM, | : | |
| Appellee. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of April, 2021, **IT IS ORDERED THAT** Appellant's appeal, Doc. 1, is **DENIED**.  The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
